# Court of Appeals
# of the State of Georgia

ATLANTA,  April 29, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0542.  AVID ACCEPTANCE, LLC v. AVERY.**

The Appellant, Avid Acceptance, LLC, has filed a Notice of Bankruptcy Stay indicating that the Appellee, Monica Avery, has filed a Petition for Chapter 13 Bankruptcy. Because all cases against Avery have been stayed pending the outcome of petition number 22-53082-JRS filed in the Bankruptcy Court for the Northern District of Georgia on April 21, 2022, we hereby **DISMISS** the appeal and **REMAND** the case to the trial court pending resolution of the bankruptcy petition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/29/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*